# EXHIBIT G



# DELAWARE COUNTY
# BOARD OF SUPERVISORS

**Senator Charles D. Cook County Office Building**
**111 Main Street, Suite 1**
**Delhi, New York 13753**

**Telephone: 607-832-5110**
**Fax: 607-832-6011**

Tina B. Molé, Chairman
Penny A. Bishop, Clerk

March 8, 2023

Dear Mr. and Mrs. Shepard:

It is with great regret that this letter has become necessary.   As department heads and local leaders working in Delaware County we take great pride in our professionalism and dedication to provide the highest quality of services to the residents of Delaware County.   This is often not easy and is becoming more of a challenge each year with state and federal regulations, along with the growing need for services from our community.   Our staff works extremely hard each day and it is disheartening that the reporting in your paper does not truly reflect the hard work, integrity and professionalism that is deserved.

Over the course of the past several years, reporters from your paper have attended the majority of public meetings where county business regularly takes place.   This includes board meetings and department oversight committee meetings.   Committee meetings are used as a means for department heads to provide operational business updates and get guidance from the elected Board of Supervisors.   On its face there is nothing wrong with this, and in fact is a welcome change from the past when very little interest was taken in the day to day workings of county departments, programs and decision making.   The only thing we have ever asked of reporters is that the stories be factual and written fairly.   Neither of these two things have happened.

Articles in the Reporter are written in an inflammatory manner; facts are either misrepresented or omitted from the stories; employee names, titles and scopes of work are incorrect and editorial remarks are made to put a negative light on the County government.   We have attempted to correct misinformation through some reporters, to learn the final versions of stories are edited before print, often without their knowledge.   Some reporters have indicated this is one reason they have found other employment.   It appears to the signatories of this letter your paper has become a platform to undermine the County and the work that we do each and every day.

This flagrant manipulation of facts and the manner in which your paper reports county business was one of the reasons the Board of Supervisors opted to change the official county paper to the Hancock Herald in 2022.   This action alone should have signaled to you a problem in the operations of your business and prompted an immediate change.   However, it appears it only prompted additional unfair and unethical reporting from your staff.

The negative reporting and the misrepresentation of county business has caused several misunderstandings, distrust from the community and has created hours of wasted time correcting the damage your paper is causing.   We neither have the time or patience to continue to combat this

Mr. and Mrs. Shepard
March 8, 2023
Page 2

unethical representation of our work.   We are asking that you look into this matter and make immediate changes as necessary in an effort to create a fair and ethical form of reporting on county business.

In closing, we appreciate the interest in our daily business.   We also understand the information your reporters gain from attending meetings can be difficult to understand as the programs we run are often complex and influenced by regulatory standards.   However, at this time our only request is that reports be factual, fair and ethical.

Sincerely,

Deb Mirop, Director
Alcoholism & Drug Abuse

Steve Hood, Director
Emergency Services

James Thomas, Commissioner
Public Works

Judith Garrison
Elections Commissioner

Joe deMauro, Director
Information Technology

Mandy Walsh, Director
Public Health Services

Maria Kelso
Elections Commissioner

Doug Elson, Director
Community Mental Health

Sherri Falcone, Director of
Real Property Tax Services

Pete Montgomery
Buildings Superintendent

Wayne Shepard, Director
Office for the Aging

Craig DuMond
County Sheriff

Dale Downin
Code Enforcement Officer

Carrara Knoetgen
Personnel Officer

Sylvia Armanno, Commissioner
Department of Social Services

Amy Merklen
County Attorney

Shelly Johnson-Bennett
Planning Director

Beverly Shields
County Treasurer

Debra Goodrich
County Clerk

Scott Glueckert, Director
Probation Department

Charles Piper, Director
Veterans Service Agency

Shawn Smith, Acting
District Attorney

Joseph Ermeti
Public Defender

Penny A. Bishop
Clerk of the Board

Glenn Nealis, Director
Economic Development

Mr. and Mrs. Shepard
March 8, 2023
Page 3


Supervisor Wayland Gladstone
Town of Andes

Supervisor Tina B. Molé, Chairman of the Board
Town of Bovina

Supervisor Arthur Merrill
Town of Colchester

Supervisor Dennis J. Valente
Town of Davenport


Supervisor Mark Tuthill
Town of Delhi

Supervisor Thomas A. Axtell
Town of Deposit

Supervisor Jeffrey Taggart
Town of Franklin

Supervisor Wayne Marshfield
Town of Hamden

Supervisor W. Jerry Vernold
Town of Hancock

Supervisor Lisa Driscoll
Town of Harpersfield


Supervisor George Haynes, Jr.
Town of Kortright


Supervisor Betty Scott
Town of Masonville

Supervisor James G. Ellis
Town of Meredith

Supervisor Carl P. Davis
Town of Middletown

Supervisor Allen Hinkley
Town of Roxbury

Supervisor Eric T. Wilson
Town of Sidney

Supervisor John Kosier
Town of Stamford


Supervisor William Layton
Town of Tompkins

Supervisor Joseph Cetta
Town of Walton