UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DECKER ADVERTISING,

                                Plaintiff,

v.

DELAWARE COUNTY, NEW YORK; and TINA MOLÉ;
ARTHUR MERRILL; MARK TUTHILL; THOMAS
AXTELL; JEFFREY TAGGART; WAYNE E.
MARSHFIELD; JERRY VERNOLD; JAMES E. EISEL;
GEORGE HAYNES JR.; BETTY L. SCOTT; JAMES G.
ELLIS; CARL PATRICK DAVIS; ALLEN R. HINKLEY;
ERIC T. WILSON; JOHN S. KOSIER; WILLIAM
LAYTON; JOSEPH CETTA; and AMY MERKLEN,
Individually and in their Official Capacities,

                                Defendants,

**NOTICE OF MOTION**

Civil Action No.: 3:23-cv-1531
(AMN/ML)

      **PLEASE TAKE NOTICE**, that upon the pleadings herein, including Defendants' Memorandum of Law, Statement of Material Facts, Declaration of Joseph Ermeti, Esq. with Exhibits A-C, Declaration of Amy B. Merklen, Esq., Declaration of James E. Eisel, Declaration of Betty Scott, Declaration of John Kosier, Declaration of Mark Tuthill, Declaration of Eric Wilson, Declaration of William Layton, Declaration of Jeffrey Taggart, Declaration of Thomas Axtell, Declaration of Carl Patrick Davis, Declaration of James Ellis, Declaration of George Haynes Jr., Declaration of Jerry Vernold, Declaration of Joseph Cetta, and Declaration of Lindsey H. Hazelton, Esq., with Exhibits D - E, Defendants now move this Court, for an Order

pursuant to Rule 56 of the Federal Rules of Civil Procedure granting certain Defendants' Motion

for Summary Judgment.

Dated:  December 1, 2025
      Syracuse, New York              Respectfully submitted,

                                    **HANCOCK ESTABROOK, LLP**

                            By:  */s/Lindsey H. Hazelton*
                                  Lindsey H. Hazelton, Esq. (509365)
                                  Frank W. Miller, Esq. (102203)
                                  *Attorneys for Defendants*
                                  1800 AXA Tower 1
                                  100 Madison Street
                                  Syracuse, New York 13202

4898-6046-8091, v. 1